IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **CELENA** and **JOSHUA NIXON**, Plaintiffs<br><br>vs.<br><br>**UNITED STATES OF AMERICA**, Defendant | NO. 1:24-CV-00213 |

# DECLARATION OF JAMAL K. ALSAFFAR

I am Jamal K. Alsaffar, and I declare the following as true and correct:

1. My name is Jamal K. Alsaffar and my office address is 1114 Lost Creek Blvd., Suite 410, Austin, Texas 78746 and my office telephone number is 512-476-4346.
2. I am of sound mind, over the age of 18, an have personal knowledge of the facts contained in this declaration.
3. I have been admitted to practice in the following courts:
    a. All courts of the State of Texas (Nov 1, 2000);
    b. the United States Supreme Court (Oct 12, 2010);
    c. the Court of Appeals for the Fifth Circuit (Jan 6, 2004);
    d. the Court of Appeals for the Sixth Circuit (Jan 16, 2004);
    e. the Court of Appeals for the Ninth Circuit (Dec 10, 2007);
    f. the Western District of Texas (August 14, 2003);
    g. the Northern District of Texas (May 19, 2004);
    h. the Southern District of Texas (Jul 7, 2004);
    i. the Eastern District of Texas (January 15, 2013);
    j. the Northern District of Florida (Dec 20, 2005);
    k. the Southern District of Illinois (November 11, 2010); and
    l. the Western District of Tennessee (August 2007).
4. I am in good standing and eligible to practice in the above listed courts.
5. I am not currently suspended or disbarred in any jurisdiction.
6. I have not had any prior denials or revocations of pro hac vice status in any court.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2024,

/s/ Jamal K. Alsaffar
JAMAL K. ALSAFFAR, *pro hac vice*
   jalsaffar@nationaltriallaw.com
   Texas State Bar #24027193
WHITEHURST, HARKNESS,
   BREES, CHENG, ALSAFFAR,
   HIGGINBOTHAM, & JACOB
   P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Attorneys for the Plaintiffs