IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **CELENA** and **JOSHUA NIXON**, <br> Plaintiffs <br> vs. <br> **UNITED STATES OF AMERICA**, <br> Defendant | NO. 1:24-CV-00213 |

## MOTION FOR ADMISSION PRO HAC VICE

Undersigned counsel files this motion for the admission of Tom Jacob pro hac vice to practice before this Court to prosecute the above styled action. Undersigned counsel is a member of the bar of this Court and is actively associated with Mr. Jacob in the instant action. This motion is supported by an affidavit pursuant to Local Rule 83.2(b)(1), attached as exhibit A.

Respectfully Submitted,

/s/ Leslie C. Nixon
LESLIE C. NIXON
 lnixon@davenixonlaw.com
 New Hampshire State Bar #1880
NIXON LAW FIRM, PLLC
169 Daniel Webster Highway, Suite 12
Meredith, New Hampshire 03253
(603)669-7070

Attorneys for the Plaintiffs