IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

**CELENA** and **JOSHUA NIXON**,

Plaintiffs

vs.

**UNITED STATES OF AMERICA**,

Defendant

NO. 1:24-CV-00213

# DECLARATION OF TOM JACOB

I am Tom Jacob, and I declare the following as true and correct:

1. My name is Tom Jacob, and my office address is 1114 Lost Creek Blvd., Suite 410, Austin, Texas 78746 and my office telephone number is 512-476-4346. My email address is tjacob@nationaltriallaw.com
2. I am of sound mind, over the age of 18, and have personal knowledge of the facts contained in this declaration.
3. I have been admitted to practice in the following courts:
    a. All state courts in the State of Texas (11/06/09);
    b. the Northern District of Florida (09/07/12);
    c. the Southern District of Illinois (10/24/11);
    d. the Eastern District of Texas (01/02/13);
    e. the Northern District of Texas (10/08/10);
    f. the Western District of Texas (04/12/10);
    g. the Southern District of Texas (10/18/10);
    h. the Court of Appeals for the First Circuit (06/15/15);
    i. the Court of Appeals for the Fifth Circuit (05/08/10); and
    j. the Court of Appeals for the Eighth Circuit (05/28/24).
4. I am in good standing and eligible to practice in the above listed courts.
5. I am not currently suspended or disbarred in any jurisdiction.
6. I have not had any prior denials or revocations of pro hac vice status in any court.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2024,

/s/ Tom Jacob
TOM JACOB, *pro hac vice*
   tjacob@nationaltriallaw.com
   Texas State Bar #24069981
WHITEHURST, HARKNESS,
   BREES, CHENG, ALSAFFAR,
   HIGGINBOTHAM, & JACOB
   P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

Attorneys for the Plaintiffs