UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CELENA NIXON,               )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )     No. 1:25-cv-213-PB-TSM<br>                             )<br>UNITED STATES OF AMERICA,    )<br>                             )<br>     Defendant.              )<br>_____) | |

MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION FOR
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7.1(3) of the Local Rules of the United States District Court for the District of New Hampshire, Defendant moves this Court for leave to exceed the 25-page limitation for dispositive motions by 9 pages. In support thereof, Defendant states that due to the nature of legal issues raised in Plaintiff's First Amended Complaint and the fact-specific analysis required, its motion for summary judgment could not be sufficiently presented and argued in 25 pages. Therefore, Defendant respectfully requests that the Court allow it to exceed the 25-page limitation.

Plaintiff has been contacted and assents to this request.

Due to the procedural nature of this Motion, no supporting memorandum is necessary.

Accordingly, Defendant requests that the Court grant this Motion to exceed the page limit at LR 7.1(30

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Erin Creegan<br>United States Attorney |
| August 18, 2025 | By: /s/ Anna Dronzek<br>Anna Dronzek<br>Assistant U.S. Attorney<br>Colorado Bar # 43912<br>53 Pleasant Street, 5th Floor<br>Concord, New Hampshire 03301<br>(603) 225-1552<br>anna.dronzek@usdoj.gov |