UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CELENA and JOSHUA NIXON,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No. 1:24-cv-00213-TSM |
| ) | |
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| _____) | |

COMBINED JOINT STATEMENT RE: MEDIATION AND
ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANT'S OFFER

Defendant, the United States of America, by and through its attorney, Erin Creegan, U.S. Attorney for the District of New Hampshire, hereby files this joint statement re: mediation in the above captioned matter and respectfully requests that this Court extend Defendant's deadline to make a counteroffer in this case by 10 days, to September 2, 2025.

Joint Statement re: Mediation

Pursuant to the Court's August 28, 2025, order (ECF No. 28-1), the parties wish to inform the Court of the following:

1. Plaintiff sent an offer of settlement to Defendant on July 17, 2025.

2. Parties are scheduled to mediate the matter before Gregory S. Clayton, a private mediator, on September 3, 2025.

Assented-to Motion to Extend Time for Defendant's Offer

Defendant, the United States, respectfully requests that this Court extend its time to make on offer from the current deadline, August 22, 2025, by ten days to September 2, 2025, on the following grounds:

1. The complaint in this case was filed on July 12, 2024. (ECF No. 1.) The government filed its answer on October 30, 2024 (ECF No. 16), and the discovery plan was approved on November 22, 2024 (ECF No. 19). The parties have been engaging in discovery, as described in the Status Report filed on June 2, 2025 (ECF No. 23); since that time, Plaintiff, members of her family, and an additional witness have been deposed, and Defendant has made expert disclosures. Mediation has been scheduled for September 3, 2025.

2. On August 18, 2025, Defendant filed a Motion for Summary Judgment. (ECF No. 31.)

3. Undersigned counsel requires additional time to obtain approval for the settlement authority necessary to make an offer and ensure a productive mediation.

For the above reasons, Defendant asks this Court to grant an extension of time to make an offer to Plaintiff by 10 days, to September 2.

Plaintiff, through counsel, assents to the proposed motion.

Due to the nature of the motion, no memorandum of law is required.

                Respectfully submitted,

                Erin Creegan
                United States Attorney

                /s/ Anna Dronzek
                Assistant U.S. Attorney
                Colorado Bar # 43912
                53 Pleasant Street, 4th Floor
                Concord, New Hampshire 03301
                (603) 225-1552
                anna.dronzek@usdoj.gov