# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **CELENA NIXON**, Plaintiff<br>vs.<br>**UNITED STATES OF AMERICA**, Defendant | **NO. 24-CV-213-PB-TSM** |

## JOINT MOTION FOR DISCOVERY AND TRIAL DEADLINES

Pursuant to Local Rule 7.2(a) of the Local Rules of this Court, the Plaintiff moves the Court to extend the remaining deadlines which expired while the case was stayed. The proposed deadlines are outlined in the attached Civil Form 3. In support of this Motion, the parties state as follows:

1. Defendant filed a Motion to Stay the Case on October 3, 2025. The Motion was granted, and the case was stayed on October 16, 2025.

2. On November 5, 2025, the Court notified the parties to file a proposed updated scheduling order once the stay has been lifted.

3. The stayed was lifted on November 12, 2025.

4. A Civil Form 3 is attached to this Motion which sets forth the proposed extensions. Parties have designated six expert witnesses and agree that this bench trial could be tried within three days. To help work around

the medical experts clinical schedules, parties respectfully request that the Court enter a March 23, 2026 trial date.

    5.    Due to the nature of this Motion, no supporting memorandum of law is required.

    6.    Pursuant to Local Rule 7.2(c), the plaintiff certifies that the party on behalf of whom the motion is filed has been notified.

Accordingly, the parties request that the Court grant this Motion and extend discovery and trial deadlines as proposed in the attached Civil Form 3.

    Respectfully Submitted,

/s/ Tom Jacob
TOM JACOB, *pro hac vice*
    tom@trial.law
    Texas State Bar #24069981
JAMAL K. ALSAFFAR, *pro hac vice*
    jamal@trial.law
    Texas State Bar #24027193
WHITEHURST, HARKNESS, BREES, CHENG, ALSAFFAR, HIGGINBOTHAM, & JACOB P.L.L.C.
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346 (o)
(512) 467-4400 (f)

LESLIE C. NIXON
    lnixon@davenixonlaw.com
    New Hampshire State Bar #1880
NIXON LAW FIRM, PLLC
169 Daniel Webster Highway, Suite 12
Meredith, New Hampshire 03253
(603)669-7070
    *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I certify a copy of this pleading has been served on counsel of record on November 24, 2025 via email.

Served:  Anna Dronzek, Anna.Dronzek@usdoj.gov

/s/ Tom Jacob
Tom Jacob

Case 1:24-cv-00213-PB-TSM   Document 40   Filed 11/24/25   Page 3 of 3