UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CELENA NIXON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>)<br>_____ ) | Case No. 1:24-cv-00213-PB-TSM |

MOTION TO EXTEND TIME TO OBJECT TO PLAINTIFF'S
MOTION TO COMPEL AND ISSUE SPOLIATION FINDINGS
<u>NUNC PRO TUNC TO, AND INCLUDING, DECEMBER 2, 2025</u>

    Pursuant to Local Rule 7.2, Defendant United States of America ("the United States") moves this Court for an extension of time nunc pro tunc to, and including, December 2, 2025 to object to Plaintiff's Motion to Compel and Issue Spoliation Findings (ECF No. 38). In support of this Motion, Defendant states:

    1.    On October 16, 2025, this Court granted Defendant's Motion to Stay Case in Light of the United States Government Shutdown (ECF No. 39).

    2.    On November 24, 2025, after the United States government shutdown had ended, the Parties filed a Joint Assented-To Motion to Continue and Extend Deadlines Discovery and Trial Dates (ECF No. 40), which the Court granted by Endorsed Order on November 25, 2025. The pleading set a new deadline for the United States' objection to Plaintiff's Motion to Compel and Issue Spoliation Findings of December 1, 2025.

    3.    On December 1, 2025, undersigned counsel experienced a brief illness that prevented final revision and filing of the United States' Objection until the morning of December

2, 2025. Attached to this pleading as Exhibit A is the United States' proposed Objection with exhibits.

4. Plaintiffs' counsel has been contacted, but has not yet provided a position on this motion.

5. The granting of this Motion will not result in the continuance of any conference, hearing, or trial in this matter.

6. Due to the nature of this Motion, no supporting memorandum of law is required.

Accordingly, Defendant United States respectfully requests that this Court grant it an extension of time nunc pro tunc to December 2, 2025, to file the attached Objection to Plaintiff's Motion to Compel and Issue Spoliation Findings.

Respectfully submitted,

Erin Creegan
United States Attorney

Dated: December 2, 2025

/s/ Anna Dronzek
Assistant U.S. Attorney
Colorado Bar # 43912
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
anna.dronzek@usdoj.gov